UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RODNEY LAWSON, | ) | No. CV 10-6770 JAK (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| G. SANDOR, WARDEN (A), | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 1, 2011

JOHN A. KRONSTADT
United States District Judge